## First Department, April, 1933.

May D. Harding, Appellant, v. Harry H. Kutner and Others, Defendants, Impleaded with Gening Realty Corporation, Respondent.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Martin, Sherman and Townley, JJ.

Nieman-Irving & Company, Inc., Respondent, v. John R. Lazenby, Appellant, Impleaded with William Adams Delano and Another, Respondents.*— Judgment modified by reducing allowance to the defendants, respondents, to the sum of $1,273.44, and as so modified affirmed, with costs to the respondents. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

Elizabeth R. Monahan, Respondent, v. Anna F. Kenny and Others, Appellants.†— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

In the Matter of Silas Blake Axtell, an Attorney.— Motion granted. Present — Finch, P. J., Merrell, Sherman and Townley, JJ.

In the Matter of Joseph S. Siegel, an Attorney.— Motion denied and stay vacated. Present — Finch, P. J., Martin, O'Malley, Sherman and Townley, JJ.

In the Matter of the Application of Irwin Kurtz and Another, Comprising the Firm of Kurtz & Ruby, Respondents, Appellants, for an Order Fixing and Determining the Compensation for the Legal Services Rendered by Them to Mathilda Freund Sussman and Others, Appellants, Respondents, Legatees under the Last Will and Testament of Morris Freund, Deceased.— Order affirmed, without costs. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.; Finch, P. J., and O'Malley, J., dissent and vote to modify by increasing allowance to $6,000.

Max Haber, Respondent, v. Samuel Ungerleider and Others, Appellants.— Order affirmed, with twenty dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

Alma Koran, Respondent, v. Arnold Jaccard and Another, Appellants.— Order so far as appealed from reversed, with twenty dollars costs and disbursements, and motion granted, with ten dollars costs. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

Mary O. Clark, Respondent, v. Sewell T. Tyng, Appellant.— Order reversed, with twenty dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — McAvoy, Martin, O'Malley and Townley, JJ.

Juliet B. Rublee, Respondent, v. Dorsey Dodd, Appellant.— Order affirmed, with twenty dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

Borden's Farm Products Company, Inc., Respondent, v. Arthur J. Knoeller, Appellant.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.